IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

U.S.A.
———————————————
Plaintiff(s)

Civil No. 97-1024 (SEC)

v.

Elmer Mandry Leon,
———————————————
Defendant(s)

RECEIVED & FILED
02 JUN 14
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

## DESCRIPTION OF MOTION

DATE FILED: 5-23-02   DOCKET #: 12   TITLE: Notice to the Court and Request to Close file for any Administrative Purpose

[✓] Plaintiff(s)    [ ] Third Party Defendant(s)

[ ] Defendant(s)    [ ] Joint

DISPOSITION:

[ ] GRANTED         [ ] DENIED

[ ] NOTED           [✓] MOOT

## COMMENTS

See Docket # 6.

12 JUN 02
DATE

SALVADOR E. CASELLAS
United States District Judge